IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ZEMIRAH MELODY CAROL RUTH EL TR,** | : : : : : : : : : : : | CIVIL ACTION |
| v. | | No. 22-cv-4062 |
| **BERNARD MOORE** | | |

## ORDER

**AND NOW,** this 14th day of December, 2023, in consideration of Defendant's Motion to Dismiss (ECF No. 18) and Plaintiff's responsive filings (Nos. 19 & 21), it is **ORDERED** that Defendant's motion is **GRANTED.** It is further ordered as follows:

1. Plaintiff's Complaint (No. 1) is hereby **DISMISSED WITH PREJUDICE.**

2. Plaintiff's Motion for Default Judgment (No. 25) is **DENIED.**

3. Plaintiff's Motion for Preference by Claimant to Expedite Ruling (No. 33) is **MOOT**.


BY THE COURT:

_____

Hon. Mia R. Perez